IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.  14-cr-00036-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEBORAH MAEZ,

    Defendant.

---

ORDER

---

    This matter is before the court at the request of Defendant's counsel, with no objections from the Government or Office of Probation.  In light of the transportation concerns upon Defendant's release, which was ordered earlier today, it is ORDERED

    A STAY OF RELEASE is entered as to defendant Deborah Maez.  Ms. Maez shall appear before this Court to address her release on Appearance Bond (Docket No. 28) and Conditions of Release (Docket No. 29) on **February 24, 2016 at 10:00 a.m.**   in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,  901 19th Street, Denver, Colorado 80294.

    Done this 23RD  day of February 2016.

                    BY THE COURT

                    S/ Michael J. Watanabe
                    Michael J. Watanabe
                    U.S. Magistrate Judge